Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Marbles Holdings, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | 17-3309 |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Plum Card PO Box 650448 Dallas, TX 75265-0448 | | Trade | | | | $248,184.99 |
| American Paper & Plastic 19 Kiesland Court Hamilton, OH 45015-1375 | Vince Kuhlman | Trade | | | | $90,954.50 |
| Blue Orange U.S.A. 1000 Illinois Street San Francisco, CA 94107 | mgroyster@blueorangegames.com | Trade | | | | $98,300.01 |
| Boogie Board 343 Portage Blvd Kent, OH 44240 | mhuff@kentdisplays.com | Trade | | | | $78,103.14 |
| Boss Facility Services 1 Roebling Court Ronkonkoma, NY 11779 | Luisa Rodriguez | Trade | | | | $82,264.55 |
| Ceaco House, Gamewright & Brainwright 70 Bridge Street Suite 200 Newton, MA 02458 | nmoskat@ceaco.com | Trade | | | | $81,912.30 |
| Crazy Aaron Enterprises, Inc. 201 Sabine Ave., ste 100 Narberth, PA 19072 | amy@puttyworld.com | Trade | | | | $120,480.21 |
| Exploding Kittens LLC 100 N. Crescent Drive Suite 100 Beverly Hills, CA 90210 | carly@explodingkittens.com | Trade | | | | $129,721.35 |

| Debtor | Marbles Holdings, LLC | | Case number *(if known)* | 17-3309 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gigamic<br>Parc d' activites des Garennes<br>22 rue Jean-Marie Bourguignon<br>Wimereux, France BP 30 - F62930<br>FR | Nicolas Largilliere | Trade | | | | $147,305.10 |
| littleBits<br>DEPT CH 19896<br>Palatine, IL 60055-9896 | payments@littlebits.cc | Trade | | | | $134,199.29 |
| Magformers LLC<br>P.O. Box 171426<br>Salt Lake City, UT 84117 | Christy Gehringer | Trade | | | | $157,387.40 |
| Mattel<br>Reference no: 27806-6479<br>PO Box 100125<br>Atlanta, GA 30384 | | Trade | | | | $117,796.90 |
| Play Monster, LLC(Patch)<br>1400 E. Inman Pkwy<br>Beloit, WI 53511 | sales@patchproducts.com | Trade | | | | $79,752.80 |
| Prentice Capital Management<br>33 Benedict Place, 2nd Floor<br>Greenwich, CT 06830 | Mario Ciampi | Trade | | | | $112,500.00 |
| Seedling USA INC<br>923 E 3rd st., #115<br>Los Angeles, CA 90013 | accountsreceivable@seedling.com | Trade | | | | $103,210.40 |
| Smart Toys and Games<br>655 3rd Street<br>San Francisco, CA 94107 | Michael Rodriguez | Trade | | | | $95,412.80 |
| Tangible Play<br>2951 El Camino Real<br>Palo Alto, CA 94306 | Marco De Berti | Trade | | | | $183,901.06 |
| Technology Will Save Us<br>21 Vyner St<br>London, Great Britain E2 9DG<br>GB | Timothy Trestain | Trade | | | | $93,952.69 |
| ThinkFun Inc.<br>1321 Cameron Street<br>Alexandria, VA 22314 | receivables@thinkfun.com | Trade | | | | $194,299.90 |

| Debtor | Marbles Holdings, LLC | Case number *(if known)* | 17-3309 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Zivix, LLC<br>4150 Olson Memorial Hwy<br>Suite 400<br>Golden Valley, MN 55422 | | Trade | | | | $119,140.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 3