# United States Bankruptcy Court
## Northern District of Illinois

In re: Marbles Holdings, LLC    Debtor(s)

Case No. 17-3309
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Marbles Holdings, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

AMPR Marbles Investors, LLC

M Blocker Corporation

☐ None [*Check if applicable*]

February 3, 2017
Date

/s/ Erich S. Buck, Esq.
Erich S. Buck, Esq. #6274635 IL
Signature of Attorney or Litigant
Counsel for Marbles Holdings, LLC
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
312-435-1050 Fax:312-435-1059
ebuck@ag-ltd.com