# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARBLES HOLDINGS, LLC, et al., | ) | Case No. 17-3309-TAB |
| | ) | (Joint Administration Pending) |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE MASTER SERVICE LIST

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of creditor, GGP Limited Partnership ("GGP"). Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, request is hereby made, that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

>Robert L. LeHane, Esq.
>Gilbert R. Saydah Jr., Esq.
>**KELLEY DRYE & WARREN LLP**
>101 Park Avenue
>New York, New York 10178
>Tel:  212-808-7800
>Fax:  212-808-7897
>e-mail: KDWBankruptcyDepartment@KelleyDrye.com
>rlehane@kelleydrye.com
>gsaydah@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes,

without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive GGP's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which GGP may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  February 7, 2017

**KELLEY DRYE & WARREN LLP**

By: */s/ Matthew C. Luzadder*
Matthew C. Luzadder (IL ARDC #06283424)
333 West Wacker Drive
Chicago, Illinois 60606
Tel:  312-857-2623
Fax:  312-857-7095

Attorneys for GGP Limited Partnership