## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Marbles Holdings, LLC          Case Number: 17-03309

An appearance is hereby filed by the undersigned as attorney for:

Amzak Capital Management, LLC and AMPR Marbles Investors, LLC

Attorney name (type or print): Richard A. Bixter, Jr.

Firm: Holland & Knight LLP

Street address: 131 S. Dearborn 30th Floor

City/State/Zip: Chicago, Illinois 60613

Bar ID Number: 6299110          Telephone Number: 312-263-3600
(See item 3 in instructions)

Email Address: richard.bixter@hklaw.com

Are you acting as lead counsel in this case?          ☑ Yes  ☐ No

Are you acting as local counsel in this case?          ☐ Yes  ☑ No

Are you a member of the court's trial bar?          ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?          ☑ Yes  ☐ No

If this is a criminal case, check your status.          ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 6, 2017

Attorney signature: S/ /s/ Richard A. Bixter, Jr.
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Marbles Holdings, LLC        Case Number: 17-03309

An appearance is hereby filed by the undersigned as attorney for:

Amzak Capital Management, LLC and AMPR Marbles Investors, LLC

Attorney name (type or print): Barbra Parlin, Esq.

Firm: Holland & Knight LLP

Street address: 31 West 52nd Street

City/State/Zip: New York, NY 10019

Bar ID Number: 2602571        Telephone Number: 212-513-3200
(See item 3 in instructions)

Email Address: barbra.parlin@hklaw.com

Are you acting as lead counsel in this case?        ☑ Yes    ☐ No

Are you acting as local counsel in this case?        ☐ Yes    ☑ No

Are you a member of the court's trial bar?        ☐ Yes    ☑ No

If this case reaches trial, will you act as the trial attorney?    ☑ Yes    ☐ No

If this is a criminal case, check your status.        ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 6, 2017

Attorney signature:    S/ /s/ Barbra Parlin
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015