IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 CASE |
| | ) | |
| MARBLES HOLDING LLC, *et al.,* | ) | CASE NO. 17-03309 |
| | ) | (JOINTLY ADMINISTERED) |
| | ) | |
| DEBTORS. | ) | HON. TIMOTHY A. BARNES |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on February 13, 2017, the United States Trustee by his attorney, M. Gretchen Silver, caused a copy of the **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.

/s/ *M. Gretchen Silver*
M. Gretchen Silver
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 353-5054

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, an attorney, state that on February 13, 2017, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion To Object To The Debtor's Discharge And For Other Relief** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

/s/ *M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

| | |
|---|---|
| Howard L. Adelman: | hla@ag-ltd.com, dbaird@ag-ltd.com |
| Richard A. Bixter: | richard.bixter@hklaw.com |
| Michael A. Brandess: | mbrandess@sfgh.com, bkdocket@sfgh.com |
| Alexander F. Brougham: | abrougham@ag-ltd.com |
| Erich S. Buck: | ebuck@ag-ltd.com, lhope@ag-ltd.com |
| Emily S. Gottlieb: | emily_gottlieb@gardencitygroup.com, paul.kinealy@gardencitygroup.com; PACERTeam@gardencitygroup.com |
| Timothy M. Howe: | tim@chicagolaw.biz |
| Patrick S. Layng: | USTPRegion11.ES.ECF@usdoj.gov |
| Matthew Luzadder: | mluzadder@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com; kkleist@kelleydrye.com; mvicinanza@ecf.inforuptcy.com |
| Henry B. Merens: | hbm@ag-ltd.com |
| David Nold: | nuddin@noldmuchlaw.com, mfolsom@noldmuchlaw.com |
| Kristen N. Pate: | ggpbk@ggp.com |
| Adam P. Silverman: | asilverman@ag-ltd.com, tslack@ag-ltd.com |
| David P. Vallas: | DVallas@polsinelli.com |

**Parties Served via Electronic Mail:**

| | |
|---|---|
| GGP Limited Partnership: | Julie.minnick@ggp.com |
| Simon Property Group, Inc.: | rtucker@simon.com |
| littleBits Electronics, Inc.: | chris.mitchell@littlebits.cc |
| Magformers, LLC: | jgorman@magformers.com |
| Exploding Kittens, LLC: | carly@explodingkittens.com; Julie@bindermalter.com |

**Parties Served via First-Class Mail:**

Robert L. LeHane
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 W. Washington Street
Indianapolis, IN 46204

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 CASE |
| | ) | |
| MARBLES HOLDING LLC, *et al.,* | ) | CASE NO. 17-03309 |
| | ) | (JOINTLY ADMINISTERED) |
| | ) | |
| DEBTORS. | ) | HON. TIMOTHY A. BARNES |

**NOTICE OF APPOINTMENT OF COMMITTEE
OF UNSECURED CREDITORS**

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed as the Creditors' Committee in this case:

CREDITOR/REPRESENTATIVE
GGP Limited Partnership
Julie Minnick Bowden

Simon Property Group, Inc.
Ronald M. Tucker

littleBits Electronics, Inc.
Christopher Mitchell

Magformers, LLC
Jonathan Gorman

Exploding Kittens, LLC
Carly McGinnis

                              RESPECTFULLY SUBMITTED,
                              PATRICK S. LAYNG
                              UNITED STATES TRUSTEE

DATE: February 13, 2017          By: /s/ *M. Gretchen Silver*
                                    M. Gretchen Silver
                                    Attorney for the U.S. Trustee