# United States Bankruptcy Court
## Northern District of Illinois

In re: Marbles Holdings, LLC — Debtor(s)

Case No. 17-3309
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| AMPR Marbles Investors, LLC<br>c/o Amzak Capital Management, LLC<br>1 North Federal Highway<br>Suite 400<br>Boca Raton, FL 33432 | B | 172,414 | Membership Interests |
| M Blocker Corporation<br>c/o Sandbox Industries<br>1000 West Fulton Market<br>Suite 213<br>Chicago, IL 60607 | A | 395,547 | Membership Interests |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Operating Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: February 17, 2017

Signature: Michael Smith

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.