# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **MARBLES HOLDINGS, LLC,** *et al.*, | Case No. 17-3309 <br> (Joint Administration Requested) |
| Debtors. | Honorable Timothy A. Barnes |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective March 13, 2017 the law offices of Polsinelli PC will change its address to the following:

> Polsinelli PC
> 150 North Riverside Plaza
> Suite 3000
> Chicago, IL 60606

Please note the telephone and facsimile numbers, and e-mail addresses, will remain the same. All further pleadings and correspondence in this action directed to Polsinelli PC should be sent to the new address.

Please update your Service Lists accordingly.

Dated: March 9, 2017

/s/ Jerry L. Switzer, Jr.

Jerry L. Switzer, Jr.
David P. Vallas
POLSINELLI PC
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
Email: jswitzer@polsinelli.com
Email: dvallas@polsinelli.com

56980312.1

    and

Niclas A. Ferland
Ilan Markus
LeClairRyan
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511
Telephone: (203) 672-3211
Facsimile: (203) 672-3232
Email: niclas.ferland@leclairryan.com
       ilan.markus@leclairryan.com

Counsel to: Westfield, LLC and its affiliates as set forth on **Schedule A**

2

## SCHEDULE A

Tenant:     Marbles, LLC
Tradename:  Marbles: The Brain Store

| Center | Westfield Affiliate Landlord | GLA | Unit # | Lease Start | Lease End |
|---|---|---|---|---|---|
| Montgomery | Montgomery Mall Owner LLC | 1089 | 1292 | 8 15 2011 | 7 31 2018 |
| Annapolis | Annapolis Mall Owner LLC | 1187 | 1790 | 7 21 2012 | 1 31 2021 |
| Fashion Square | Sherman Oaks Fashion Associates, LP | 1362 | 265 | 10 1 2012 | 1 31 2018 |
| Galleria at Roseville | Roseville Shoppingtown LLC | 1321 | 1040 | 9 1 2016 | 8 31 2026 |
| Garden State Plaza | Westland Garden State Plaza Limited Partnership | 1405 | 1139 | 7 15 2011 | 6 30 2018 |
| Old Orchard | Old Orchard Urban Limited Partnership | 1100 | L8 | 6 16 2009 | 2 28 2018 |
| San Francisco Emporium | Emporium Mall LLCS.F. Centre Limited Partnership | 792 | 12 | 7 1 2012 | 60 30 22 |
| Topanga | Westfield Topanga Owner LLC | 945 | 2000 | 5 26 2012 | 6 30 2019 |
| Valley Fair | V F Mall LLC | 1618 | A273 | 7 30 2015 | 1 31 2018 |
| World Trade Center | New WTC Retail Owner LLC | 1104 | LL5125 | 8 16 2016 | 1 31 2027 |

56980312.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 9, 2017, he caused a copy of this **Notice,** to be electronically filed with the Clerk of the Court using the CM/ECF system which will be sent to all attorneys and other parties of record.

/s/ Jerry L. Switzer, Jr.
Jerry L. Switzer, Jr.
