UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MARBLES HOLDINGS, LLC, et al.<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-3309<br>(Jointly Administered)<br>Chapter:  11<br>Honorable Timothy A. Barnes |

**Agreed Order Granting Relief from Automatic Stay to Permit Setoff of Lease Claims Against Security Deposits**

THIS MATTER COMING TO BE HEARD UPON the Motion for Entry of Agreed Order Granting Relief from Automatic Stay to Permit Setoff of Lease Claims Against Security Deposits (the "Motion") filed on August 25, 2017 by Montgomery Mall Owner LLC, Westland Garden State Limited Partnership, Old Orchard Urban Limited Partnership, and Westfield Topanga Owner LLC (collectively, "Landlords"); due notice having been given; the Court having jurisdiction over the subject matter of the Motion and the parties thereto; the Debtors and the Committee having consented to the relief requested in the Motion; and the Court having reviewed the Motion;

IT IS HEREBY ORDERED THAT:

A. The Motion is granted as set forth herein.

B. Landlords are granted relief from the automatic stay effective immediately to set off their outstanding claims set forth in the proof of claim filed by Montgomery Mall Owner LLC in the amount of $132,419.54, the proof of claim filed by Westland Garden State Plaza Limited Partnership in the amount of $200,435.61, the proof of claim filed by Old Orchard Urban Limited Partnership in the amount of $145,039.94, and the proof of claim filed by Westfield Topanga Owner LLC in the amount of $130,946.32, against the corresponding security deposits held by Montgomery Mall Owner LLC in the amount of $3,432.63, Westland Garden State Plaza Limited Partnership in the amount of of $5,558.32, Old Orchard Urban Limited Partnership in the amount of $2,500.00, and Westfield Topanga Owner LLC in the amount of $15,500.00, and take any and all related action necessary and appropriate to effectuate such setoff.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:   SEP 0 6 2017

**Prepared by:**
Jerry L. Switzer, Jr. (ARDC #6210229)
Jean Soh (ARDC #6285187)
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606

Rev: 20170105_bko

PH: (312) 819-1900
FAX: (312) 819-1910