**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MARBLES HOLDINGS, LLC, et al.,[1] | ) Case No. 17-3309 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Honorable Timothy A. Barnes |

## NOTICE OF AMENDMENT TO EXHIBIT C

**PLEASE TAKE NOTICE** that the undersigned hereby amends Exhibit C to the *First and Final Application for Compensation and Reimbursement of Expenses of Elise S. Frejka, Consumer Privacy Ombudsman* [ECF No. 372]. The amendment is non-substantive and is intended to conform the exhibit to the application.

Dated: September 7, 2017

/s/ Elise S. Frejka
Elise S. Frejka
FREJKA PLLC
135 East 57th Street – 6th Floor
New York, New York 10022
Phone: (212) 641-0800
Facsimile: (212) 641-0820

*Consumer Privacy Ombudsman*

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each debtor's federal taxpayer identification number, are (i) Marbles Holdings, LLC (9547); Marbles LLC (3081); and Marbles Brain Workshop, LLC (0303).

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MARBLES HOLDINGS, LLC, et al.,[2] | ) Case No. 17-3309 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Honorable Timothy A. Barnes |

**CERTIFICATE OF SERVICE**

I, Elise S. Frejka, an attorney, hereby certify that on September 7, 2017, I caused a true and correct copy of the foregoing *Notice of Amendment of Exhibit C* to be filed electronically with the Court and served upon the following parties by the manner listed.

/s/ Elise S. Frejka
Elise S. Frejka

CM/ECF Service List

Howard L. Adelman hla@ag-ltd.com
Richard A Bixter richard.bixter@hklaw.com
Michael A Brandess mbrandess@sfgh.com
Alexander F Brougham abrougham@ag-ltd.com
Erich S Buck ebuck@ag-ltd.com
David R Doyle ddoyle@shawfishman.com
Jeffrey L. Gansberg jgansberg@muchshelist.com
Chad H. Gettleman cgettleman@ag-ltd.com
Emily S. Gottlieb emily_gottlieb@gardencitygroup.com
Allen J Guon aguon@shawfishman.com
Timothy M Howe tim@chicagolaw.biz
Robert J. Labate robert.labate@hklaw.com
Matthew Luzadder mluzadder@kelleydrye.com
Daniel J McGuire dmcguire@winston.com
Henry B. Merens hbm@ag-ltd.com
David Nold nuddin@noldmuchlaw.com
Kristen N Pate ggpbk@ggp.com
M. Gretchen Silver ustpregion11.es.ecf@usdoj.gov
Adam P. Silverman asilverman@ag-ltd.com
Jerry L Switzer jswitzer@polsinelli.com

---

[2] The debtors in these Chapter 11 cases, along with the last four digits of each debtor's federal taxpayer identification number, are (i) Marbles Holdings, LLC (9547); Marbles LLC (3081); and Marbles Brain Workshop, LLC (0303).

David P. Vallas DVallas@polsinelli.com
Shelly A. DeRousse sderousse@freeborn.com
Devon J. Eggert deggert@freeborn.com
Elizabeth L. Janczak ejanczak@freeborn.com

3

**Amended Exhibit C**

**Summary of Fees by Timekeeper**

| Timekeeper | Title | Year Admitted | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Elise S. Frejka | Partner | 1991 | $495.00 | 28.00 | $16,137.00 |
| | | | $247.50 | 9.20 | |
| **Total** | | | | **37.20** | **$16,137.00** |