**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 17-3309 |
| MARBLES HOLDINGS, LLC, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Honorable Timothy A. Barnes |

**STIPULATION WITHDRAWING
CLAIM NOS. 210, 211, and 212 FILED BY SPIN MASTER, LTD.**

Amanda Demby ("Trustee"), the liquidation trustee of the Creditor Trust ("Trust") of Marbles Holdings, LLC and its affiliates (Case No. 17-03309) (the "Debtors") and Spin Master, Ltd. ("Spin Master" and, together with the Trustee, the "Parties"), hereby stipulate as follows:

**RECITALS**

**A.   General Background**

1.   On February 3, 2017, the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, commencing the above-captioned jointly administered cases (the "Chapter 11 Cases"). An official committee of unsecured creditors (the "Committee") was appointed in the Chapter 11 Cases on February 13, 2017.

2.   On March 26, 2017, Spin Master filed the following proofs of claim in the Chapter 11 Cases (collectively, the "Claims"):

| Claim No. | Debtor | Secured | Priority |
|---|---|---|---|
| 210 | Marbles, LLC | $15,518,651.80 | $15,518,651.80 |
| 211 | Marbles Brain Workshop, LLC | $15,518,651.80 | $15,518,651.80 |
| 212 | Marbles Holdings, LLC | $15,518,651.80 | $15,518,651.80 |

3. On July 27, 2017, the Debtors filed their *Joint Liquidating Plan* [Docket No. 361] (the "Plan"). On August 30, 2017, the Court entered an *Order Approving Disclosure Statement and Confirming Joint Liquidating Plan* [Docket No. 390] ("Order"). The effective date of the Plan is September 29, 2017. Pursuant to the terms of the Plan and Order, the Trust was created to liquidate and administer certain claims for the benefit of the Trust beneficiaries.

4. Pursuant to the Article IV of the Plan, the Debtors agreed to pay, and have paid, Spin Master all amounts due under the Plan in full satisfaction of the Claims.

NOW THEREFORE, in consideration of the mutual covenants contained herein, and other good and valuable consideration (the receipt and sufficiency of which are acknowledged), it is hereby stipulated and agreed by and between the Trustee and Spin Master, as follows:

## AGREEMENT

1. Upon execution of this Stipulation by the Parties, Claim Numbers 210, 211, and 212 shall be deemed withdrawn, with prejudice.

2. The withdrawal of the Claims does not alter or diminish Spin Master's right to receive all amounts due on account of its Class 2(a),(b) and (c) claims under Article IV of the Plan.

3. The United States Bankruptcy Court for the Northern District of Illinois shall retain jurisdiction to adjudicate any dispute regarding the interpretation, construction, application, or effect of this Stipulation.

*[Remainder of page intentionally left blank]*

Dated: March 16, 2018          LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Richard S. Lauter*
Richard S. Lauter, Esq.
55 West Adams Street
Chicago, IL 60661
Tel:    312.345-1718
Fax:    312.345-1778
Email: richard.lauter@lewisbrisbois.com

and

PACHULSKI STANG ZIEHL & JONES LLP
Bradford S. Sandler (*admitted pro hac vice*)
Jason Rosell (*admitted pro hac vice*)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Tel:    302.652.4100
Fax:    302.652.4400
Email: bsandler@pszjlaw.com
       jrosell@pszjlaw.com

*Counsel for the Creditors' Trustee*

Dated: March 16, 2018          WINSTON & STRAWN LLP

*/s/*
Dan McGuire
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: 312.558.5600
Email: dmcguire@winston.com

*Counsel to Spin Master*