UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-03309 |
| MARBLES HOLDINGS, LLC, et al., | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING CLAIM OBJECTION DEADLINE

Upon the motion (the "Motion") of the Creditors' Trust ("Trust") of Marbles Holdings, LLC, and its affiliates (collectively, the "Debtors") for entry of an order further extending the time period by which the Trust must file and serve objections to claims from September 24, 2018 to and including January 31, 2019; due notice having been given; and after due deliberation, it is hereby ORDERED THAT:

1.  The Claim Objection Deadline is further extended from September 24, 2018 to and including January 31, 2019.

2.  The entry of this Order shall be subject to and without prejudice to the rights of the Trust to request a further extension of the Claim Objection Deadline.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  September 04, 2018

**Prepared by:**

LEWIS BRISBOIS BISGAARD & SMITH LLP
Richard S. Lauter, Esq.
55 West Adams Street
Chicago, IL 60661 / Tel: 312.345-1718