# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 17-3309 |
| MARBLES HOLDINGS, LLC, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: October 2, 2018 |
| | ) | Time: 10:00 a.m. |

## CREDITOR TRUST'S WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NO. 3

**PLEASE TAKE NOTICE** that the Creditor Trust of Marbles Holdings, LLC and its affiliates (Case No. 17-03309), hereby withdraws its *Objection to Proof of Claim No. 3 filed by Girisha Chandraraj* (the "Objection") [Dkt. No. 467], without prejudice. The hearing on the Objection, which was set for hearing on October 2, 2018 at 10:00 a.m., shall not be heard and shall be removed from the Court's calendar.

Dated: September 28, 2018                LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Richard S. Lauter*
Richard S. Lauter, Esq.
55 West Adams Street
Chicago, IL 60661
Tel:   312.345-1718
Fax:   312.345-1778
Email: richard.lauter@lewisbrisbois.com

4834-4788-8501.1

and

PACHULSKI STANG ZIEHL & JONES LLP
Bradford S. Sandler (*admitted pro hac vice*)
Shirley S. Cho (admitted pro hac vice)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Tel:      302.652.4100
Fax:      302.652.4400
Email:   bsandler@pszjlaw.com
          scho@pszjlaw.com

*Counsel for the Creditor Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 17-3309 |
| MARBLES HOLDINGS, LLC, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: October 2, 2018 |
| | ) | Hearing Time: 10:00 a.m. |

**CERTIFICATE OF SERVICE**

I, Richard S. Lauter, an attorney, hereby certify that on September 28, 2018, I caused a true and correct copy of the foregoing *Creditor Trust's Withdrawal of Objection to Proof of Claim No.3* to be filed with the Court and served upon the following parties by the manners listed.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard S. Lauter

**CM/ECF Service List**

| | |
|---|---|
| Howard L. Adelman | hla@ag-ltd.com |
| Richard A Bixter | richard.bixter@hklaw.com |
| Dustin Branch | branchd@ballardspahr.com |
| Michael A Brandess | mbrandess@sfgh.com |
| Alexander F Brougham | abrougham@ag-ltd.com |
| Erich S Buck | ebuck@ag-ltd.com |
| Shelly A. DeRousse | Sderousse@freeborn.com |
| David R Doyle | ddoyle@shawfishman.com |
| Devon Eggert | edggert@freeborn.com |
| Elise S Frejka | efrejka@frejka.com |
| Jeffrey L. Gansberg | jgansberg@muchshelist.com |
| Chad H. Gettleman | cgettleman@ag-ltd.com |
| Emily S. Gottlieb | emily_gottlieb@gardencitygroup.com |
| Allen J Guon | aguon@shawfishman.com |
| Timothy M Howe | tim@chicagolaw.biz |
| Elizabeth Janczak | ejanczak@freeborn.com |
| Robert J. Labate | robert.labate@hklaw.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Matthew Luzadder | mluzadder@kelleydrye.com |
| Daniel J McGuire | dmcguire@winston.com |

| | |
|---|---|
| Henry B. Merens | hbm@ag-ltd.com |
| David Nold | nuddin@noldmuchlaw.com |
| Kristen N Pate | ggpbk@ggp.com |
| M. Gretchen Silver | ustpregion11.es.ecf@usdoj.gov |
| Adam P. Silverman | asilverman@ag-ltd.com |
| Jerry L Switzer | jswitzer@polsinelli.com |
| David P. Vallas | DVallas@polsinelli.com |

**U.S. Mail Service List**

*GIRISHA CHANDRARAJ*
2238 Iroquois Rd
Wilmette, Il 60091

*AMZAK CAPITAL MANAGEMENT, LLC*
Holland & Knight LLP
Attn: Richard Bixter
131 S. Dearborn 30th Fl.
Chicago, IL 60603

*SPIN MASTER, LTD*
Dan McGuire, Esq.
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703