IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| MARBLES HOLDINGS, LLC, et al., | ) Case No. 17-3309 ) Jointly Administered ) |
| Debtors. | ) Honorable Timothy A. Barnes ) |

**ORDER GRANTING OBJECTION TO SUPERSEDED SCHEDULED CLAIMS OF
AMPR MARBLES INVESTORS, LLC AND AMZAK CAPITAL MANAGEMENT, LLC**

Upon consideration of the objection (the "Objection") of the Creditors' Trust (the "Trust") of Marbles Holdings, LLC, et al. (the "Debtors") seeking entry of an order (this "Order") disallowing and expunging the claims of AMPR Marbles Investors, LLC and AMZAK Capital Management, LLC (the "Claims") scheduled by each of the Debtors on Schedule D of their respective Schedules of Assets and Liabilities in the above-captioned bankruptcy cases and all pleadings related thereto, upon consideration of any responses to the Objection; and it appearing that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Objection was due and proper under the circumstances; it appearing that the relief requested in the Objection is appropriate; and after due deliberation, and good and sufficient cause appearing therefor; Accordingly, it is hereby

ORDERED that the Objection is granted as set forth herein.

ORDERED that the Claims, identified on **Exhibit A** hereto, are hereby disallowed in their entirety.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: OCT 0 2 2018

**Prepared by:**
LEWIS BRISBOIS BISGAARD & SMITH LLP
Richard S. Lauter, Esq.
55 West Adams Street
Chicago, IL 60661
Tel:  312.345-1718
Fax:  312.345-1778
Email: richard.lauter@lewisbrisbois.com

## EXHIBIT A

| Debtor | Claimant | Schedule | Amount |
|---|---|---|---|
| Marbles LLC | AMPR Marbles Investors, LLC | Schedule D | $11,149,755.50 |
| Marbles LLC | AMPR Marbles Investors, LLC | Schedule D | $5,929,840.31 |
| Marbles LLC | AMZAK Capital Management, LLC | Schedule D | $368,932.46 |
| Marbles Holdings, LLC | AMPR Marbles Investors, LLC | Schedule D | $11,149,755.50 |
| Marbles Holdings, LLC | AMPR Marbles Investors, LLC | Schedule D | $5,929,840.31 |
| Marbles Holdings, LLC | AMZAK Capital Management, LLC | Schedule D | $368,932.46 |
| Marbles Brain Workshop, LLC | AMZAK Capital Management, LLC | Schedule D | $368,932.46 |